COURTROOM TELEVISION NETWORK LLC, Appellant, v STATE OF NEW YORK et al., Respondents.

Submitted January 31, 2005; decided February 17, 2005

Motion by ABC, Inc. et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.